IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 2:15-CR-0255-VEH-SGC-1 |
| ) | |
| **ERIK LAMONT DONALDSON,** ) | |
| **also known as ERIK** ) | |
| **DONALDSON,** ) | |
| ) | |
| **Defendant.** ) | |

_____

## **ORDER**

Defendant Erik Lamont Donaldson ("Donladson"; "Defendant") has been charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). (Indictment, doc. 1). This matter is before the Court on a Motion to Suppress (Motion; doc. 8) filed by Donaldson. Donaldson seeks to suppress "any statements unlawfully elicited from Mr. Donaldson and any and all evidence illegally seized." (*Id*. at 1). Specifically, the motion seeks to suppress: (a) any and all statements made [by Donaldson in response to officer's questions] made prior to [officers] issuing Mr. Donaldson's *Miranda warnings*; (b) any and all physical evidence seized from [Donaldson's] Hoover residence as a result of the unlawful search; and (c) any other 'fruit' of the illegal search." (*Id*.). The Government has

opposed the motion. (Response; doc. 12).

Magistrate Judge Staci G. Cornelius held an evidentiary hearing on the motion and, on October 22, 2015, issued her Report and Recommendation ("R&R") recommending that the motion be denied. (Doc. 17). Donaldson has filed objections (doc. 19) to that R&R. The Government has filed no objections to the R&R and no response to the objections of Defendant. Accordingly, the matter is now before the undersigned. Having reviewed the motion, the Government's response, the transcript of the evidentiary hearing (doc. 18), the R&R, Defendant's objections to the R&R, and the applicable cases, the court hereby **ADOPTS** the Findings of Facts and Conclusions of Law of the Report and Recommendation of Magistrate Judge Cornelius.[1] The motion is due to be, and hereby is, **DENIED**.

**DONE** and **ORDERED** this the 19th day of November, 2015.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge

---

[1] Defendant's additional facts as set out in his objections are accepted so long as there is evidentiary support in the testimony for such facts.